provided·for in the correlative paragraph to paragraph 729, *supra*, * * * we are of the opinion that the narrower meaning of "similar" wheat products, as contained in the present tariff act, clearly excludes it.

We have examined with care the thorough and well-considered brief of counsel for the plaintiff as well as the opposing brief of Government counsel but are constrained to adhere to the view expressed in the foregoing case that a product derived from a wheat product may not be considered as similar to a wheat product, particularly in view of the distinctive characteristics of wheat gluten which are entirely dissimilar to wheat flour, semolina, or crushed or cracked wheat. Following this court's decision in *Universal Carloading & Distributing Co., Inc.* v. *United States, supra*, judgment will be entered in favor of the Government holding that the merchandise was properly assessed for duty by the collector as a nonenumerated manufactured article.

BEFORE THE FIRST DIVISION, APRIL 5, 1951

**No. 55430.**—Paramount Bead Corp. *v.* United States, protests 994823–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of galalith parts and other articles composed of synthetic phenolic resin similar in all material respects to those the subject of Abstract 54655, the claim at 20 percent under paragraph 1558 was sustained.

**No. 55431.**—Haddad & Sons *v.* United States, protest 59911–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of mah jong sets composed of synthetic phenolic resin similar in all material respects to the articles the subject of Abstract 54651, the claim at 20 percent under paragraph 1558 was sustained.

**No. 55432.**—The Hoole Service Co. et al. *v.* United States, protests 140856–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55433.**—Air Clearance Assn., Inc., et al. *v.* United States, protests 147844–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 55434.—H. R. Benedict & Sons, Inc., et al. *v.* United States, protests 147919–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 55435.—J. E. Bernard & Company, Inc. *v.* United States, protests 162857–K/ 2922 and 164526–K/3121 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 55436.—J. F. Fitzgerald *v.* United States, protests 137234–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boutonnieres the same in all material respects as those the subject of Abstract 54274, the claim of the plaintiff was sustained.

No. 55437.—H. G. Brake & Co. *v.* United States, protest 161428–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sawed lumber similar in all material respects to that the subject of Abstract 53917, the claim of the plaintiff was sustained.

No. 55438.—Edmond Weil, Inc. *v.* United States, protest 140639–K (New York).